IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 97-10644
Conference Calendar

———————————

GREGORY THOMAS DICKERSON,

Plaintiff-Appellant,

versus

BRADLEY S. UNDERWOOD,
Individually and Official Capacity,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:97-CV-188-C
- - - - - - - - - -
October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

Gregory Thomas Dickerson, Texas prisoner # 5992865, proceeding pro se and in forma pauperis, filed a civil rights action against Judge Bradley S. Underwood of the 364th Judicial District Court in Lubbock County, Texas, alleging that Judge Underwood violated his constitutional rights by denying his state habeas application. Dickerson sought "collateral prospective and declaratory relief" and attorney's fees.

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court determined that the claims were legally frivolous based on the doctrine of absolute judicial immunity. Our review, however, compels the dismissal of this action because of a lack of subject-matter jurisdiction.  Federal courts do not have jurisdiction to engage in the appellate review of state court decisions.  Rooker v. Fidelity Trust Co., 263 U.S. 413, 416 (1923); Chrissy F. by Medley v. Mississippi Dep't of Pub. Welfare, 995 F. 2d 595, 597, 599 (5th Cir. 1993), cert. denied, 114 S. Ct. 1336 (1994).

DISMISSED.